# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| RHONAL DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>LEN DAVIS, WILL KIRTON, MARK STONE, OLIVER LOGGING COMPANY, INC., TIMOTHY SKYLER OLIVER, TOMMY BROWN and B. BROWN TRUCKING, LLC,<br><br>    Defendants. | CV 523-014 |

**ORDER**

By Order dated July 6, 2023, the Court gave Plaintiff Rhonal Dixon five (5) days to show cause why he had not effected service on the Oliver Defendants. Dkt. No. 17. The Court warned Plaintiff that his "failure to comply with the Court's Order will result in dismissal of his claims against the Oliver Defendants." Id. Plaintiff filed a response, indicating he had successfully served Defendant Oliver Logging Company, Inc. but that he "was unable to obtain [a] current residential address" for Defendant Timothy Skyler Oliver. Dkt. No. 18. Again, Plaintiff has provided no explanation as to why, in the nearly five months since this case has been pending, he has been unable to obtain a service address for Defendant Timothy Oliver. As such, the Court finds it appropriate to **DISMISS** Plaintiff's

claims against Defendant Timothy Oliver at this time. See Fed. R. Civ. P. 4(m); 12(b)(5). The Clerk is **DIRECTED** to terminate Timothy Oliver as a Defendant in this action. Plaintiff's claims against the other Defendants, including Oliver Logging Company, Inc., remain pending.

**SO ORDERED**, this 12 day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA