# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

RHONAL DIXON,

    Plaintiff,

v.

LEN DAVIS, WILL KIRTON, MARK STONE, TOMMY BROWN, and B. BROWN TRUCKING, LLC,

    Defendants.

CV 523-014

## ORDER

Defendants Len Davis, Will Kirton and Mark Stone have filed a motion for summary judgment. Dkt. No. 50. After receiving two extensions of time, dkt. nos. 53, 54, 57, 58, Plaintiff Rhonal Dixon filed a response in opposition, dkt. no. 59. In the response brief, Plaintiff makes several references to depositions which do not appear on the record. Accordingly, Plaintiff is **ORDERED**, within seven days of the date of this Order, to file on the record the depositions to which Plaintiff cites in the response brief. Plaintiff's failure to do so will result in dismissal of this action.

**SO ORDERED**, this 17 day of December, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA